USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PLAMAR NAVIGATION LTD.,

           Plaintiff,

- against -

TIANJIN SHENGJIA SHIPPING CO., LTD.,

           Defendant.
------------------------------------------------------------X

08 Civ. 4768 (SHS)

ECF CASE

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, there having been no appearance from Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

Dated: December 31, 2008

           The Plaintiff,
           PLAMAR NAVIGATION LTD.,

           By: _Anne C. LeVasseur_
           Kevin J. Lennon
           Anne C. LeVasseur
           LENNON, MURPHY & LENNON, LLC
           The Gray Bar Building
           420 Lexington Ave., Suite 300
           New York, NY 10170
           (212) 490-6050
           facsimile (212) 490-6070
           kjl@lenmur.com
           acl@lenmur.com

SO ORDERED: 1/6/09

_[signature]_
U.S.D.J.