UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PLAMAR NAVIGATION LTD., :
:
             Plaintiff, :    08 Civ.
:
- against - :    ECF CASE
:
TIANJIN SHENGJIA SHIPPING CO., LTD. :
:
             Defendant. :
------------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                         NONE.

Dated: May 21, 2008
       Southport, CT

                                          The Plaintiff,
                                          PLAMAR NAVIGATION LTD.,

                             By: _____
                                  Kevin J. Lennon
                                  Anne C. LeVasseur
                                  LENNON, MURPHY & LENNON, LLC
                                  The Gray Bar Building
                                  420 Lexington Ave., Suite 300
                                  New York, NY 10170
                                  (212) 490-6050
                                  facsimile (212) 490-6070
                                  kjl@lenmur.com
                                  acl@lenmur.com